

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

State Commission for the Blind
State Office Building
Austin, Texas

Dear Madam:                    Attention:  Hazel H. Beckham

Opinion No. 0-1543
Re:  The State Commission for
the Blind may act as agents
for marketing articles made
at the various lighthouses.

We are in receipt of your letter of October 3, 1939,
which reads, in part, as follows:

"It is the intention of the State
Commission for the Blind to hold an ed-
ucational exhibit at the Brazos Valley
Fair, Waco, Texas, from October 14 through
22, 1939. The Brazos Valley Fair author-
ities have donated space for the exhibit
to our use. For your information, The
State of Texas pays the salary of a super-
visor in each of five cities in Texas for
what we designate as a Lighthouse. These
Lighthouses are established and used to
train and rehabilitate blind persons in
handicrafts. The State also furnishes a
small amount of equipment for each Light-
house. The materials used by the blind
are furnished by the various county as-
sociations.

"We desire to know if the Commission
for the Blind may act as an agent for
marketing articles made at the various
Lighthouses in our exhibit booth at the
Brazos Valley Fair. The articles consigned
to us for sale are owned by the individuals
making such articles and the county associa-
tions for the blind. The State Commission

has no equity or ownership of any kind
in the articles. The Commission desires,
if it may, to assist the blind in dispos-
ing of their products and encouraging the
sale of such products in the State.

"If permitted to make these sales,
the Commission will turn the proceeds from
such sales over to the respective county
associations, who will in turn distribute
the funds according to ownership. Since
the Commission will have no interest or
control over these funds, will it be neces-
sary for us to make any report to the State
Auditor, Treasurer, or Comptroller, of the
funds received for such sales?"

The answer to your question, we believe, is found in
Article 3207a, Vernon's Revised Civil Statutes of Texas, as
amended, 1931, a part of which is quoted below:

"Sec. 2. The State Commission for
the Blind shall maintain a Bureau of In-
formation, the object of which shall be to
aid the blind whose training is not other-
wise provided for, in finding employment,
in developing home industries among the
blind, and in marketing their products.
The Commission shall in its discretion
furnish materials, tools and books for the
use as a means in rehabilitating such per-
sons, and it may establish workshops and
salesrooms, and shall have authority to
use any receipts or earnings that accrue
from the operation of industrial schools,
salesrooms or workshops as provided in
this Chapter, but detailed statement of
receipts or earnings and expenditures
shall be made monthly to the Auditor of
the State." (Underscoring ours.)

The language of the statutes is very clear that the
Commission may aid in marketing the products made by the blind
and your plan of selling these articles in connection with your
exhibit at the Brazos Valley Fair is within the scope of the
authority granted you by this statute. However, in answer to

your second question, even though the Commission will have no interest or control over the funds, the st.tute is very clear in requiring that a detailed statement of receipts or earnings and expenditures should be made to the Auditor of the State of any such matter in which the Blind Commission is participating.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By       (Signed)
Frederik B Isely
Assistant

FBI:R3

AFFROVED: October 13, 1939

Robert E. Kepke (Signed)
ACTING A TORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE BY B.W.B. CHAIRMAN